**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | |
| Phillip N. Golovin | Case No. 13-50445 |
| Karoline F. Golovin | Chapter 13 |
|     Debtors | Judge Preston |

## NOTICE OF CHANGE OF PAYMENT ADDRESS OF CREDITOR GLORIA P. FRANK (CLAIM # 3-1)

The subject creditor, Gloria A. Frank (Claim 3-1) hereby serves notice of her new payment address as follows:

> **Gloria A. Frank Estate**
> **c/o Lorna P. Frank, Admin.**
> **11488 Spangler Rd**
> **Circleville, OH 43227-1267**

Please remit all future Trustee distributions to subject Creditor at this above name/ address.

Respectfully submitted,

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
SCHWAGER LAW OFFICES
211 E. Livingston Ave.
Columbus, Ohio   43215
(614) 228-3727
Attorney for Debtors

Approved:

/s//Lorna P Frank
Lorna P. Frank
Representative of the Estate of
Gloria A. Frank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice was served via ECF electronic transmission upon Frank M. Pees, Chapter13 Trustee, and upon the Office of the U.S. Trustee, at their respective addresses as listed with the ECF system on this 7th day of February 2015.

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
Attorney for Debtors