**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-50445 |
| | : | |
| PHILLIP NICHOLAS GOLOVIN, | : | CHAPTER 13 |
| KAROLINE FRANK GOLOVIN, | : | |
| | : | JUDGE PRESTON |
| Debtors. | : | |
| | : | |
| SSN: (LAST FOUR DIGITS ONLY) 4461 | : | |
| SSN: (LAST FOUR DIGITS ONLY) 1109 | : | |

**NOTICE OF NEW ADDRESS FOR ATTORNEY FOR DEBTORS**

PLEASE TAKE NOTICE:

The undersigned has a new office address as shown immediately following.

Copies of filings required to be served on the undersigned should be served at the new address as shown.

Please govern yourselves accordingly.

Respectfully submitted,

/s/ Daniel K. Friend
Daniel K. Friend      (0019648)
870 High Street, Suite 15
Worthington, Ohio 43085
Telephone: (614)-468-1547
Facsimile: (844)-224-3812
Email: thelawyersfriend@sbcglobal.net
Attorney for Debtors

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice was mailed by ordinary mail with sufficient postage affixed this 5th day of February, 2016, to:

Mr. and Mrs. Phillip N. Golovin
8400 Gallop Drive
Powell, Ohio 43065

The following parties were served electronically this 5th day of February, 2016, to the email addresses shown immediately following:

Frank M. Pees, Chapter 13 Trustee
Email: trustee@ch13.org

Asst U.S. Trustee (Col)
Email: ustpregion09.cb.ecf@usdoj.gov

Richard A. Schwager, Esq.
Email: ras@schwagerlaw.com

/s/  Daniel K. Friend
**Daniel K. Friend**      (0019648)
Co-Counsel for Debtors